Case Name:  ERICKSON, CARL A., Jr.
            ERICKSON, LAURA L.
Case No:    07-72040

# **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 3/3/08                              WILLIAM T. NEARY
                                           United States Trustee, Region 11


                              BY:   */s/ Carole J. Ryczek*
                                    CAROLE J. RYCZEK
                                    Attorney for the U.S. Trustee