IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN

| | |
|---|---|
| IN RE:<br>ERICKSON, CARL A., JR.<br>ERICKSON, LAURA L.<br><br>Debtor(s)<br><br>Social Security/Employer Tax ID Number: xxx-xx--3071 | CHAPTER 7 -- Liquidation<br><br>CASE NO. 07-72040 MB<br><br>HONORABLE MANUEL BARBOSA |

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At: U.S. BANKRUPTCY COURT
   211 South Court Street, Room 220
   Rockford, IL 61101

   on: MARCH 31, 2008
   at: 9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| BERNARD J. NATALE<br>Trustee | $ 0.00 | 1,120.61 | |
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $ 0.00 | | 6.10 |

4. The Trustee's Final Report shows total:

   a. Receipts                                              $         7,297.62

|  |  |
|---|---|
| b. Disbursements | $ 2,815.18 |
| c. Net Cash Available for Distribution | $ 4,482.44 |

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $2,815.18. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $3,355.73, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $42,194.66, resulting in an approximate distribution of 7.95% to unsecured creditors, plus interest.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: February 26, 2008                For the Court,

                                       By:/s/ BERNARD J NATALE

                                              Trustee

***NOTE - ATTORNEY HAS WAIVED ANY ATTORNEY FEES TO INCREASE DISTRIBUTION TO UNSECURED CREDITORS IN THIS CASE.

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

2040   Doc 27   Filed 03/05/08   Entered 03/08/08 00:20:56   Desc Imaged
Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-3           User: lorsmith              Page 1 of 1           Date Rcvd: Mar 05, 2008
Case: 07-72040                 Form ID: pdf002             Total Served: 18


The following entities were served by first class mail on Mar 07, 2008.
db          +Carl A. Erickson, Jr.,    5314 Cobblers Crossing,    McHenry, IL 60050-2734
jdb         +Laura L. Erickson,    5314 Cobblers Crossing,    McHenry, IL 60050-2734
aty         +Robert N Honig,    276 N. Addison Ave.,    Elmhurst, IL 60126-2723
tr          +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
              Rockford, IL 61108-2582
11576620     Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
11783767     Chase Bank USA,    c o Weinstein and Riley, PS,    po box 3978,    seattle, WA 98124-3978
11576621     Chase Bank USA,    P.O. Box 15298,    Wilmington, DE 19850-5298
11576622     Citibank SD,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
11576623     Citicorp Credit Services,    P.O. Box 39308,    Solon, OH 44139-0308
11576624     Countrywide Home Loans,    P.O. Box 5170,    Simi Valley, CA 93062-5170
11576625     Creditors Financial Group,    P.O. Box 440290,    Aurora, CO 80044-0290
11576628    +Dr. James Gross,    7505 W. Grand Ave.,    Gurnee, IL 60031-1551
11576629    +M3 Financial Services,    1127 S. Mannheim Rd.,    Westchester, IL 60154-2570
11576630    +Motorola Employees Credit Union,    1205 E. Algonquin Rd.,    Schaumburg, IL 60196-1065
11576631    +Wolpoff & Abramson,    Two Irvington Centre,    702 King Frm Blvd.,    Rockville, MD 20850-5774

The following entities were served by electronic transmission on Mar 06, 2008.
11576626     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 06 2008 05:35:06     Discover Financial,
              12 Reads Way,    New Castle, DE 19720-1649
11576627     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 06 2008 05:35:06     Discover Financial Services,
              12 Reads Way,    New Castle, DE 19720-1649
11761699     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 06 2008 05:35:06
              Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
              Rockford, IL 61108-2582
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 07, 2008**                    **Signature:**   _Joseph Speetjens_