**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

April 01, 2008 through April 30, 2008
Account Number: **000312111976966**



00016781 DBI 802 24 12208 - NNNNN  1  000000000  60 0000
07-72040 ERICKSON CARL A JR
ERICKSON LAURA L DEBTOR
330370 BERNARD NATALE TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## CHECKING SUMMARY

Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $4,482.44 |
| Checks Paid | 4 | - 4,482.44 |
| Ending Balance | 4 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 102 | 04/02 | $1,120.61 ✓ |
| 103 | 04/02 | 6.10 ✓ |
| 104 | 04/08 | 695.40 ✓ |
| 105 | 04/07 | 2,660.33 ✓ |
| Total Checks Paid |  | $4,482.44 |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 04/02 | $3,355.73 |
| 04/07 | 695.40 |
| 04/08 | 0.00 |

Page 1 of 3